**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**FERNANDO R. BOLDEN**                                              **PETITIONER**

**v.**                                    **No. 2:04CV199-P-A**

**DONALD A. CABANA, ET AL.**                                   **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing for failure to state a claim upon which relief could be granted.

**SO ORDERED,** this the 19th day of May, 2005.

                                                     /s/ W. Allen Pepper, Jr.
                                                     W. ALLEN PEPPER, JR.
                                                     UNITED STATES DISTRICT JUDGE